AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PEGGY M. PLEDGER,<br>        Plaintiff,<br><br>v.<br><br>MAYVIEW CONVALESCENT HOME, INC.,<br>a.k.a. MAYVIEW CONVALESCENT CENTER,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-235-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is ALLOWED. The Joint Motion to Continue is DENIED as moot. The Clerk of Court is DIRECTED to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 14, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Angela Newell Gray  
7 Corporate Center Court, Suite B  
Greensboro, Nc 27408

C. Matthew Keen  
Nicholas Joseph Sanservino Jr.  
2301 Sugarbush Rd., Suite 600  
Raleigh, NC 27612

April 14, 2009  
Date

DENNIS P. IAVARONE  
Clerk of Court

/s/ Susan K. Edwards  
*(By) Deputy Clerk*

*Wilmington, North Carolina*